UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEVIN HARRIS,** : | |
| Petitioner : | CIVIL ACTION NO. 3:21-0919 |
| v. : | (JUDGE MANNION) |
| : | |
| **WARDEN R. THOMPSON,** : | |
| Respondent : | |
| : | |

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** as moot.

2. The Clerk of Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

DATE: November 15, 2021
21-0919-01-ORDER